NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN H. STEPHENSON,**
*Appellant*

**v.**

**GAME SHOW NETWORK, LLC,
WORLDWINNER.COM,**
*Appellees*

---

2015-1359

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00289.

---

**JUDGMENT**

---

DANIEL W. MCDONALD, Merchant & Gould P.C., Minneapolis, MN, argued for appellant. Also represented by RACHEL C. HUGHEY, ROBERT A. KALINSKY, THOMAS J. LEACH, III.

BRENTON R. BABCOCK, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellees. Also represented by EDWARD M. CANNON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, PLAGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 15, 2015             /s/ Daniel E. O'Toole
        Date                  Daniel E. O'Toole
                              Clerk of Court